03-00290
S. Lisi
USDC-RIPR
RECEIVED
JUN 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 04-2422

RICHARD ALBANESE,

Petitioner,

v.

UNITED STATES,

Respondent.

Before

Selya, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

JUDGMENT

Entered: April 12, 2005

This matter was transferred from the district court as a second or successive motion filed pursuant to 28 U.S.C. § 2255 ¶ 8. Movant Richard Albanese ("Albanese") claims he filed this motion pursuant to Fed. R. Civ. P. 60(b), and he contends he is not confined by the rules of section 2255 ¶ 8.

We disagree with the movant. The instant submission raises claims that Albanese's trial counsel provided ineffective assistance. In essence, then, Albanese says that his conviction was obtained in violation of his constitutional right to effective assistance of counsel and should be invalidated. If a "'motion's factual predicate deals primarily with the constitutionality of the underlying ... conviction or sentence, then the [Rule 60(b)] motion should be treated as a second or successive habeas petition.'" Munoz v. United States, 331 F.3d 151, 152 (1st Cir. 2003) (quoting Rodwell v. Pepe, 324 F.3d 66, 70 (1st Cir. 2003)).

Because we treat the instant submission as a challenge to the validity of Albanese's conviction pursuant to 28 U.S.C. § 2255, and

because we find no grounds for allowing Albanese to file this second or successive motion pursuant to 28 U.S.C. § 2255 ¶8, we deny the request for permission to file the motion.

Application denied.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 6/3/05

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Richard Albanese, Kenneth P. Madden, AUSA, Donald Lockhart, AUSA ]